# United States Court of Appeals
## For the First Circuit

_____

No. 23-1626

SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO,

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZÁLEZ-COLÓN, Governor of Puerto Rico; LOURDES LYNNETTE GOMEZ TORRES, Secretary of Department of Justice; ARTURO GARFFER, Secretary of Puerto Rico Department of Public Safety; JOSEPH GONZÁLEZ FALCÓN, Commissioner of the Puerto Rico Police Bureau,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: August 27, 2025

Appellees Sandra Rodríguez-Cotto and Rafelli González-Cotto have filed an unopposed motion to supplement the record with certified translations that indicates the certified translations are government documents subject to judicial notice. The request to file certified translations pursuant to 1st Cir. R. 30.0(e) is provisionally granted, subject to reconsideration by the panel that decides the appeal. To the extent appellees seek to expand the record and to take judicial notice of the non-record items, those requests are reserved to the panel that decides the appeal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William Ramírez-Hernández, Fermín L. Arraiza-Navas, Scarlet Kim, Brian Matthew Hauss, Emerson Sykes, Tyler Takemoto, Nora Vargas-Acosta, Clare Rivka Norins, Francisco Jose González-Magaz, Joel Torres-Ortiz, Juan Carlos Ramírez-Ortiz, Omar J. Andino Figueroa, Mariola Abreu Acevedo, Shelby Kostolni, Bradley David Jones, Gabriel Rottman