# United States Court of Appeals
## For the First Circuit

No. 23-1626

SANDRA RODRÍGUEZ-COTTO; RAFELLI GONZÁLEZ-COTTO,

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZÁLEZ-COLÓN, Governor of Puerto Rico; LOURDES LYNNETTE GOMEZ TORRES, Secretary of Department of Justice; ARTURO GARFFER, Secretary of Puerto Rico Department of Public Safety; JOSEPH GONZÁLEZ FALCÓN, Commissioner of the Puerto Rico Police Bureau,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Tyler Takemoto as counsel for Appellees Rafelli González-Cotto and Sandra Rodríguez-Cotto is granted. Attorney Takemoto is hereby withdrawn as counsel of record, and Appellees will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William Ramírez Hernández, Fermín L. Arraiza-Navas, Scarlet Kim, Brian Matthew Hauss, Emerson Sykes, Tyler Takemoto, Nora Vargas-Acosta, Clare Rivka Norins, Francisco Jose González-Magaz, Joel Torres-Ortiz, Juan Carlos Ramírez-Ortiz, Omar J. Andino Figueroa, Mariola Abreu Acevedo, Shelby Kostolni, Bradley David Jones, Gabriel Rottman